| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

RAYMOND REGINALD PEOPLES JR.,　§
　　　　　　　　　　　　　　　　　§
　　　　　Plaintiff,　　　　　　　 §
　　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　　 §　CIVIL ACTION NO. 1:25-CV-480
　　　　　　　　　　　　　　　　　§
BEAUMONT POLICE DEPARTMENT,　§
*et al.*,　　　　　　　　　　　　　 §
　　　　　　　　　　　　　　　　　§
　　　　　Defendants.　　　　　　　§

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Raymond Reginald Peoples, Jr., a pretrial detainee at the Jefferson County Jail, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against multiple defendants. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On February 2, 2026, the magistrate judge entered a Report and Recommendation in which she recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#5). To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1]　Plaintiff received a copy of the Report and Recommendation on February 10, 2026 (#6).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#5) is **ADOPTED**.  A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 10th day of April, 2026.

_Marcia A. Crone_
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE